## JOHNSON v. CITY OF RALEIGH

No. 195P90

Case below: 98 N.C. App. 147

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

## JOHNSON v. NATURAL RESOURCES AND COMMUNITY DEVELOPMENT

No. 229P90

Case below: 98 N.C. App. 334

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

## LYNN v. OVERLOOK DEVELOPMENT

No. 204PA90

Case below: 98 N.C. App. 75

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 26 July 1990.

## McFETTERS v. McFETTERS

No. 214P90

Case below: 98 N.C. App. 187

Petition by defendants (McDaris and Rice) for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

## MALONE v. JONES

No. 296P90

Case below: 98 N.C. App. 698

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.